DILLON et al., Respondents, v. KELLY, Appellant.

No. 845; November 15, 1865.

Appeal—Failure to Prosecute—Damages or Penalty.—After an appeal had been perfected and then allowed to rest for two terms unprosecuted, the judgment appealed from may, on motion by the respondent, be affirmed with damages as for an appeal frivolous and intended for delay only.

APPEAL from Fifth Judicial District, San Joaquin County.

Tyler & Cobb for respondents; Budd & Carr for appellant.

SAWYER, J.—The appeal in this case was perfected May 11, 1865, in time to be docketed in this court for the July term. Two terms passed without any steps having been taken by appellant to prosecute his appeal. The respondent has now filed the transcript and submitted the cause with a request that the judgment be affirmed with damages on the ground that the appeal was taken for delay. We have examined the transcript and are satisfied that the appeal is frivolous and intended for delay.

Judgment affirmed, with fifteen per cent damages.

We concur: Shafter, J.; Currey, J.; Rhodes, J.